AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:20 MJ 1283 JMB |
| | ) | |
| | ) | |
| MATTHEW THILGES | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 1 - October 21, 2020   in the county of   JEFFERSON   in the   EASTERN   District of   MISSOURI   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Receipt of Child Pornography |
| 18 USC 2251 | Attempted Production of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Kyle Kenneth Storm, SA
Printed name and title

Sworn to before me and signed in my presence.

Date:   10/23/2020

_____
Judge's signature

City and state:   St. Louis, Missouri   Honorable John M. Bodenhausen, U.S. Magistrate Judge
Printed name and title