RECEIVED
JUN 20 2023
BY MAIL

TO: AUDREY G. FLEISSIG     06-17-2023
U.S. DISTRICT JUDGE

FROM: MATTHEW THLGES - DEFENDANT - PRO SE - PAUPERIS

RE: 4:20-CR-00707 AGF

AT THIS TIME I WISH TO INITIATE CIVIL LAWSUITS AND SWEAR OUT A CRIMINAL COMPLAINT FOR CONSPIRACY TO VIOLATE MY GOD GIVEN RIGHTS AS ENSHRINED WITHIN THE CONSTITUTION OF THE UNITED STATES. NAMELY 1ST, 2ND, 4TH, 5TH, 6TH, 8TH AND 14TH. PLEASE FORWARD TO ME ALL NECESSARY FORMS AND INSTRUCTIONS AS SOON AS POSSIBLE. I WILL REQUIRE SEVEN (7) SETS FOR CIVIL LAWSUIT SEEKING DAMAGES, COMPENSATION AND PUNITIVE PUNISHMENT. I WILL ALSO REQUIRE SEVEN (7) SETS FOR CRIMINAL CONSPIRACY COMPLAINTS - FEDERAL.

ST. GENEVIEVE COUNTY JAIL WILL NOT MAKE COPIES OF ANY DOCUMENTS WITHOUT PAYMENT. I AM INDIGENT. I ALSO REQUIRE SELF ADDRESSED STAMPED ENVELOPES AND WRITING PAPER ALONG WITH ALL NECESSARY FORMS AND INSTRUCTIONS.

THILGES - 74913
COUNTY JAIL
#5 BASLER DRIVE
ST GENEVIEVE MO 63670

SAINT LOUIS MO 630

MAILED FROM PM 9 L
STE GENEVIEVE CO
DETENTION CENTER



RECEIVED
JUN 20 2023
BY MAIL

AUDREY G. FLEISSIG
U.S. DISTRICT COURT
111 S. 10TH STREET
ST. LOUIS MO 63102

63102-112599

LEGAL MAIL